UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DOUGLAS P. CALVEY, STEPHEN KYLE KORMAN,
HUDA SCHEIDELMAN, CAROL TORRANCE HOFFMAN
and NEIL SULLIVAN,

                                          Plaintiffs,

-against-                                           Civil Case No.: 8:20-cv-711
                                                                        (TJM/CFH)

TOWN BOARD OF NORTH ELBA, TOWN OF NORTH
ELBA, VILLAGE OF LAKE PLACID BOARD OF TRUSTEES
and VILLAGE OF LAKE PLACID,

                                          Defendants.

---

## STIPULATION OF DISMISSAL

**IT IS HEREBY AGREED AND STIPULATED** by the Plaintiffs, Douglas P. Calvey, Stephen Kyle Korman, Huda Scheidelman, Carol Torrance Hoffman, and Neil Sullivan, and Defendants, Town Board of North Elba, Town of North Elba, Village of Lake Placid Board of Trustees and Village of Lake Placid, by and through their undersigned counsel, that whereas no party hereto is an infant or incompetent person, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims asserted by the Plaintiffs against the Town Board of North Elba and Village of Lake Placid Board of Trustees in the above captioned action shall be dismissed with prejudice and without costs or fees to any party as against the other. Counsels have the authority from their respective clients to so stipulate. The caption shall now read:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DOUGLAS P. CALVEY, STEPHEN KYLE KORMAN,
HUDA SCHEIDELMAN, CAROL TORRANCE HOFFMAN
and NEIL SULLIVAN,

                                            Plaintiffs,

-against-                                                            **Civil Case No.: 8:20-cv-711**
                                                                                       **(TJM/CFH)**

TOWN OF NORTH ELBA and VILLAGE OF LAKE PLACID,

                                            Defendants.

---

Dated: May 27, 2021                                                  Dated: May 25, 2021

JOHNSON & LAWS, LLC                               McPHILLIPS, FITZGERALD &
                                                                              CULLUM, L.L.P.

April J. Laws, Esq. 417148                         Eric C. Schwenker, Esq.
*Attorneys for Defendants*                           *Attorneys for Plaintiffs*
646 Plank Road, Suite 205                          288 Glen Street, P.O. Box 299
Clifton Park, New York 12065                    Glens Falls, New York 12801
ajl@johnsonlawsllc.com                             eschwenker@mfcllp.com

SO ORDERED:

Dated: June 2, 2021

Thomas J. McAvoy
Senior, U.S. District Judge