UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DOUGLAS P. CALVEY, STEPHEN KYLE KORMAN,
HUDA SCHEIDELMAN, CAROL TORRANCE HOFFMAN
and NEIL SULLIVAN,

                                                Plaintiffs,

-against-                                                                       Civil Case No.: 8:20-cv-711
                                                                              (TJM/CFH)

TOWN OF NORTH ELBA and VILLAGE OF LAKE PLACID,

                                                Defendants.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for Plaintiffs, Douglas P. Calvey, Stephen Kyle Korman, Huda Scheidelman, Carol Torrance Hoffman and Neil Sullivan, and Defendants, Town of North Elba and Village of Lake Placid, in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued on the merits, with prejudice, without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Dec. 3, 2021

JOHNSON & LAWS, LLC

_____
April J. Laws, Esq. 517148
*Attorneys for Defendants*
646 Plank Road, Suite 205
Clifton Park, New York 12065
ajl@johnsonlawsllc.com

Dated: Dec. 7, 2021

McPHILLIPS, FITZGERALD &
CULLUM, L.L.P.

_____
Eric C. Schwenker, Esq.
*Attorneys for Plaintiffs*
288 Glen Street, P.O. Box 299
Glens Falls, New York 12801
eschwenker@mfcllp.com

SO ORDERED:

Dated: Dec. 9, 2021

_____
Hon. Thomas J. McAvoy
United States Judge
Northern District of New York